| | |
|---|---|
| 1 | Barbara A. Cotter - 142590 |
|   | Joseph R. Wheeler - 216721 |
| 2 | MURPHY, PEARSON, BRADLEY & FEENEY |
|   | 701 University Avenue, Suite 150 |
| 3 | Sacramento, CA  95825 |
|   | Telephone:   (916) 565-0300 |
| 4 | Facsimile:    (916) 565-1636 |
|   | Attorneys for Defendant |
| 5 | NOVELLUS SYSTEMS, INC. |
| 6 | Charles R. Roe – 112732 |
|   | SAMUELSON, WILSON & ROE |
| 7 | 210 N. Fourth Street, Suite 201 |
|   | San Jose, CA  95112 |
| 8 | Telephone: (408) 790-5320 |
|   | Facsimile:  (408) 295-5799 |
| 9 | Attorneys for Plaintiffs |
|   | HARRY A. CHRISTOV and IGOR SMIRNOV |

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH          *E-FILED - 1/6/06*

| | |
|---|---|
| HARRY A. CHRISTOV and IGOR SMIRNOV | Case No.: C05 03566 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] XXXXXXXX ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION  Feb. 17 |
| NOVELLUS SYSTEMS, INC., | Case Management Conf.: ~~January 10,~~ 2006  XXXXXXX |
|   | Time: ~~2:00 p.m.~~  10:30 am.m |
| Defendants. | Dept.: ~~5~~ 6, 4th flr. |

The parties stipulate to participate in the following ADR process:

Court Processes:

___ Arbitration          ___ ENE          ___ Mediation

Private Process:

_X_ Private ADR

The parties agree to conduct a private mediation within 90 days of the case management conference. The parties will select a mediator from the San Jose JAMS office or from the Santa Clara County Court panel.

(Signatures on page 2.)

- 1 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (ADR CERTIFICATION)

|   |   |
|---|---|
| | MURPHY, PEARSON, BRADLEY & FEENEY |
| Dated: 1/3/06 | By: _____<br>Barbara A. Cotter<br>Attorneys for Defendant<br>NOVELLUS SYSTEMS, INC. |
| | SAMUELSON, WILSON & ROE |
| Dated: 1-03-06 | By: _____<br>Charles R. Roe<br>Attorney for Plaintiffs<br>HARRY A. CHRISTOV and IGOR SMIRNOV |

IT IS SO ORDERED:

Dated: 1/6/06

/s/ Ronald M. Whyte
_____
UNITED STATES DISTRICT JUDGE

### SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Disputed Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: 12/30/2005  _____
Plaintiff, HARRY A. CHRISTOV

Dated: 12/30/2005  _____
Plaintiff, IGOR SMIRNOV

(Additional signatures on page 3.)

- 2 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (ADR CERTIFICATION)

Jan 04 06 02:15p Case 5:05-cv-03566-RMW Document 11 Filed 01/06/03 Page 3 of 3 p.4

JAN-03-2006 TUE 02:18 PM            FAX NO.                              P. 10/15
Dec-29-05  10:27  From-Murphy,Pearson,Bradley,Feeney    +916-969-1667   T-499  P.010/015  F-529

|    |                                |                                                      |
|----|--------------------------------|------------------------------------------------------|
| 1  |                                | SAMUELSON, WILSON & ROE                              |
| 2  |                                |                                                      |
| 3  | Dated: 1-03-06                 | By: _____                        |
| 4  |                                | CHARLES R. ROE<br>Attorney for Plaintiffs            |
| 5  |                                |                                                      |
| 6  |                                | NOVELLUS SYSTEMS, INC.                               |
| 7  | Dated: January 3, 2006         | By: _____                        |
| 8  |                                | Defendant, NOVELLUS SYSTEMS, INC.                    |
| 9  |                                |                                                      |
| 10 |                                | MURPHY, PEARSON, BRADLEY & FEENEY                    |
| 11 |                                |                                                      |
| 12 | Dated: 1/3/06                  | By: _____                        |
| 13 |                                | Barbara A. Cotter<br>Attorney for Defendant<br>NOVELLUS SYSTEMS, INC. |
| 14 |                                |                                                      |
| 15 |                                |                                                      |
| 16 | HAC.10791466.doc               |                                                      |

- 3 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (ADR CERTIFICATION)