1  Barbara A. Cotter - 142590
   Joy C. Rosenquist - 214926
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA  95825
   Telephone:     (916) 565-0300
4  Facsimile:     (916) 565-1636

5  Attorneys for Defendant
   NOVELLUS SYSTEMS, INC.
6

7                    UNITED STATES DISTRICT COURT

8             DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10                                              *E-FILED - 7/6/06*

11  HARRY A. CHRISTOV and IGOR SMIRNOV,         Case No.: C05 03566 RMW

12      Plaintiff,                              **STIPULATION FOR VOLUNTARY
                                                DISMISSAL OF ACTION PURSUANT TO
13                                              FRCP RULE 41**
                                                AND ORDER
14  v.

15  NOVELLUS SYSTEMS, INC.,

16      Defendants.

17

18      WHEREAS, Plaintiff Igor Smirnov and Defendant Novellus Systems, Inc., have reached a

19  resolution of this action.

20      IT IS HEREBY STIPULATED AND AGREED by the parties signing below that, pursuant to

21  Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Igor Smirnov dismisses his claim against

22  Defendant Novellus Systems, Inc., with prejudice.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

- 1 -

1    Each side shall bear their own attorneys fees and costs incurred herein.

2       IT IS SO STIPULATED.

3

4    Dated: June 14, 2006
                                          SAMUELSON, WILSON & ROE

5

6                                         By  /s/  CHARLES R. ROE
                                              Charles R. Roe
7                                             Attorneys for Plaintiff
                                              IGOR SMIRNOV
8

9    Dated: June 14, 2006
                                          MURPHY, PEARSON, BRADLEY & FEENEY
10

11

12                                        By  /s/  BARBARA A. COTTER
                                              Barbara A. Cotter
                                              Attorneys for Defendant
13                                            NOVELLUS SYSTEMS, INC.

14

     Pursuant to the Stipulation of the Parties,
15
        IT IS SO ORDERED.
16

17   Dated: _____7/6/06_____

18
                                              /s/ Ronald M. Whyte
19                                        _____
                                              United States District Court Judge
20

21

22

     BAC.10323292.doc
23

24

25

26

27

28

Stipulation For Voluntary Dismissal Of Action Pursuant To FRCP Rule 41

CERTIFICATE OF SERVICE

I, Stephanie A. Thurtle, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 701 University Avenue, Suite 150, Sacramento, CA 95825.

On June 15, 2006, I served the following document(s) on the parties in the within action:

**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FRCP RULE 41**

| | |
|---|---|
| **XX** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**:  The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**:  The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**:  The above-described document(s) will be delivered by overnight service, to the following: |

Charles R. Roe                                    Attorney For Plaintiffs
Samuelson, Wilson & Roe                  HARRY A. CHRISTOV AND IGOR SMIRNOV
210 North Fourth Street, Suite 201
San Jose, CA 95112


I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 15, 2006.


By   /s/  STEPHANIE A. THURTLE
         Stephanie A. Thurtle

Stipulation For Voluntary Dismissal Of Action Pursuant To FRCP Rule 41